Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BAX, an individual, | Case No.: 11cv2651-W (BLM) |
| Plaintiff, | **Joint Motion to Dismiss** |
| v. | |
| BRACHFELD LAW GROUP, PC, and DOES 1 through 10 inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 7.2, Plaintiff DEBRA BAX and Defendant BRACHFELD LAW GROUP, PC jointly move the Court to dismiss the action with prejudice.

DATE: March 12, 2013    BY: /s/Jeremy S. Golden
                             Jeremy S. Golden,
                             Attorney for Plaintiff

DATE: March 12, 2013    BY: /s/ Eric Brachfeld
                             Erica Brachfeld,
                             Attorney for Defendant