# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BAX,<br><br>  Plaintiff,<br><br>v.<br><br>BRACHFELD LAW GROUP, PC,<br><br>  Defendant. | Case No: 11-CV-2651 W (BLM)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 18] |

Pending before the Court is the parties' joint motion to dismiss this action with prejudice pursuant to F.R.C.P. 41(a)(1)(ii). Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the joint motion [Doc. 18] and **DISMISSES** this action **WITH PREJUDICE**.

IT IS SO ORDERED.

DATED: March 13, 2013

_____
Hon. Thomas J. Whelan
United States District Judge